# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heffley, Marilyn | United States District Court Room 4001 | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE - FULL TIME | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | UNITED STATES JUDGES | $188,692.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marilyn Heffley Individual NFS (H) | | | | | | | | | |
| 2. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 3. -American Fundamental Investors CL F2 | A | Dividend | K | T | | | | | |
| 4. -American Growth Fund of America CL F2 | A | Dividend | J | T | | | | | |
| 5. -AQR Managed Futures Strategy Fund Cl I | A | Dividend | K | T | | | | | |
| 6. -Dreyfus Global Real Return Cl I | A | Dividend | K | T | Buy | 11/29/16 | K | | |
| 7. -Harding Loevner Institutional Emerging Markets Portfolio Cl I | A | Dividend | K | T | | | | | |
| 8. -JPMorgan Equity Income Fund Select Cl | B | Dividend | L | T | | | | | |
| 9. -Parnassus Mid-Cap Fund | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 10. -T. Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | | | | | |
| 11. -Tweedy, Browne Global Value Fund | B | Dividend | L | T | | | | | |
| 12. -Zacks Small-Cap Core Fund | A | Dividend | K | T | | | | | |
| 13. -AllianceBernstein Global Bond Fund Advisor Cl | A | Dividend | K | T | | | | | |
| 14. -BlackRock PA Municipal Bond Fund Institutional Shares | C | Dividend | L | T | Buy (add'l) | 02/07/16 | J | | |
| 15. -BlackRock Strategic Income Opportunities Portfolio Cl Institutional | A | Dividend | K | T | | | | | |
| 16. -Eaton Vance Floating-Rate Advantage Fund Cl I | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 17. -Fidelity Total Bond Fund | A | Dividend | K | T | Buy | 11/29/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares Russell Mid-Cap ETF | | None | | | Sold | 02/07/16 | K | A | |
| 19. -John Hancock Funds Global Absolute Return Strategies Fund Cl I | | None | | | Sold | 11/29/16 | K | A | |
| 20. -John Hancock Funds Strategic Income Opportunities Fund Cl I | A | Dividend | | | Sold | 12/02/16 | K | A | |
| 21. -Prudential Absolute Return Bond Fund Cl Z | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 22. -Prudential Global Real Estate Class Z | A | Dividend | | | Sold | 09/28/16 | K | B | |
| 23. | | | | | | | | | |
| 24. PNC Savings Account | A | Interest | J | T | | | | | |
| 25. Merrill Edge Cash Management Account | A | Interest | N | T | | | | | |
| 26. Energy Transfer Partners, LP | B | Distribution | K | T | | | | | |
| 27. Fidelity Govt. Money Market Capital Reserves CL (Y) | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. Marilyn Heffley IRA Rollover (H) | | | | | | | | | |
| 30. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 31. -American Am-Cap Fund F2 | B | Dividend | L | T | | | | | |
| 32. -AQR Managed Futures Fund CL I | A | Dividend | K | T | | | | | |
| 33. -John Hancock Funds Disciplined Value Mid-Cap Fund CL I | B | Dividend | K | T | Buy | 02/17/16 | K | | |
| 34. -Lazard International Strategic Equity Portfolio Open Shares | A | Distribution | K | T | Buy | 04/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Oppenheimer Developing Markets Fund Cl Y | A | Dividend | K | T | | | | | |
| 36. -PIMCO All Asset All Authority-Instit CL | B | Dividend | K | T | | | | | |
| 37. -T. Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 38. -Undiscovered Managers Behavior Value Institutional | B | Dividend | K | T | | | | | |
| 39. -Vanguard Equity Income Investor CL | C | Dividend | L | T | | | | | |
| 40. -AB Global Bond Fund Advisor Cl | A | Distribution | K | T | Buy | 07/05/16 | K | | |
| 41. -BlackRock Floating Rate Inc Port Instl | A | Dividend | K | T | | | | | |
| 42. -Eaton Vance Income Fund Of Boston Cl I | B | Dividend | K | T | | | | | |
| 43. -John Hancock STR Inc Opportunities CL I | B | Dividend | L | T | | | | | |
| 44. -Artisan Mid Cap Value | | | | | Sold | 02/17/16 | K | A | |
| 45. -Dodge & Cox International Stock Fund | | | | | Sold | 04/21/16 | K | A | |
| 46. -Templeton Global Bond Advisor Class | A | Dividend | | | Sold | 07/05/16 | K | A | |
| 47. | | | | | | | | | |
| 48. Marilyn Heffley IRA Guardian Life Insurance (H) | | | | | | | | | |
| 49. -Alliabnce Bernstein VPS Growth & Income Portfolio Class B | | None | J | T | Buy | 04/29/16 | J | | |
| 50. -BlackRock Captial Appreciation Series I | | None | J | T | | | | | |
| 51. -BlackRock Large Cap Core CL III | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Columbia Variable Portfolio Seligman GLO | | None | | | Sold | 04/29/16 | J | A | |
| 53. -Columbia Variable Portfolio Small Cap VA | | None | J | T | | | | | |
| 54. -Fidelity VIP Contrafund SRCL2 | | None | J | T | | | | | |
| 55. -Fidelity VIP Midcap Port SRCL2 | | None | J | T | | | | | |
| 56. -Franklin Small Cap Value VIP Fund Class | | None | J | T | | | | | |
| 57. -Franklin US Government Sercurities VIP FU | | None | J | T | | | | | |
| 58. -Invesco VI International Growth Series I | | None | J | T | | | | | |
| 59. -Janus Aspen Global Technology Ss | | None | J | T | Buy | 04/29/16 | J | | |
| 60. -MFS VIT Utilities Series SC | | None | J | T | | | | | |
| 61. -Oppenheimer Global Strategic Income/VA S | | None | J | T | | | | | |
| 62. -Oppenheimer Main Street Small Cap Fund/ V | | None | J | T | | | | | |
| 63. -PIMCO Total Return Advisor CL | | None | J | T | | | | | |
| 64. -Pioneer Disciplined Value VCT Portfolio | | None | | | Sold | 04/29/16 | J | A | |
| 65. -Pioneer Mid Cap Value VCT CL II | | None | J | T | | | | | |
| 66. -RS (Victory) INV Quality Bond VIP Series | | None | J | T | | | | | |
| 67. -RS (Victory) Large Cap Alpha VIP Series | | None | J | T | | | | | |
| 68. -RS (Victory) Low Duration Bond VIP Series | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo VT International Equity Fund | | None | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. Marilyn Heffley IRA (H) | | | | | | | | | |
| 72. -Bank Deposit Sweep Program QPRMQ | A | Interest | J | T | | | | | |
| 73. -American AMCAP Fund F2 | B | Dividend | K | T | Sold (part) | 12/01/16 | J | A | |
| 74. -Aston/Fairpointe Mid-Cap Fund CL N | A | Dividend | J | T | | | | | |
| 75. -AQR Managed Futures Fund CL I | A | Dividend | K | T | | | | | |
| 76. -Harding Loevner Institutional Emerging Markets CL I | A | Dividend | K | T | | | | | |
| 77. -John Hancock Global Absolute Return Strategic CL I | | None | K | T | Sold (part) | 12/01/16 | J | A | |
| 78. -Tweedy Browne Global Value Fund | A | Dividend | K | T | | | | | |
| 79. -Vanguard Equity Income Investor CL | B | Dividend | K | T | | | | | |
| 80. -Zacks Small-Cap Core Fund | A | Dividend | K | T | | | | | |
| 81. -AB Global Bond Fund Advisor Cl | A | Dividend | K | T | Buy | 07/05/16 | K | | |
| 82. -BlackRock Strategic Income Opprtsi Institutional | A | Dividend | K | T | | | | | |
| 83. -Columbia Strategic Income Fund Cl R4 | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 84. -Eaton Vance Floating Rate Advantage Cl I | A | Dividend | J | T | Buy | 09/28/16 | J | | |
| 85. -Federated Short Term Income FD CL Y | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Goldman Sachs Emerging Markets Debt Instl | A | Dividend | K | T | | | | | |
| 87. -PIMCO Total Return Fund CL P | A | Dividend | | | Sold | 04/21/16 | K | A | |
| 88. -Prudential Absolute Return Bond FD CL Z | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 89. -Prudential Global Real Estate Class Z | A | Dividend | | | Sold | 09/28/16 | J | A | |
| 90. -Templeton Global Bond Advisor Class | A | Dividend | | | Sold | 07/05/16 | K | A | |
| 91. | | | | | | | | | |
| 92. SunCoke Energy | | None | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. Estate of William M. Heffley (Y) | | | | | | | | | |
| 95. -Fulton Bank (Y) | | | | | | | | | |
| 96. William Mailey Heffley Revocable Trust (Y) | | | | | | | | | |
| 97. -Fulton Bank (Y) | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544